IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DIONICIO CARBAJAL, | § | |
| TDCJ-CID No. 1248101, | § | |
|    Petitioner, | § | |
| v. | § | Civil Action No. C-07-146 |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
|    Respondent. | § | |

### ORDER EXTENDING TIME TO FILE ANSWER

On the motion of Respondent, the Director's time for filing his answer is extended for thirty-five days, up to and including Thursday, June 21, 2007.

It is so ORDERED.

SIGNED on this the 6th day of June, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE